# EXHIBIT A

# Jessa Hinton



LUXX CLUB
Like This Page · February 20, 2016 ·

Tonight

Like    Comment    Share

2                    Most Relevant

**LUXX CLUB** We are 21+
Like · Reply · 2y

**Melissa Romero** Are you guys an 18 and over club?
Like · Reply · 2y
1 Reply

 **Anna Karen Castro Sanchez**
Suendy E Galindo Rebeca Miranda

 Write a comment...









# EXHIBIT B

CJ Gibson



# EXHIBIT C

6/8/2018

Katarina Van Derham





**LUXX CLUB**
Like This Page · December 14, 2015 via Instagram ·

$.50 corona $3amfs $5 patron $100 Ciroc before 11pm.

1

Like   Comment   Share

Write a comment...

https://www.facebook.com/Luxxclub/photos/a.1680790695473191.1073741828.1636285583257036/1724733607745566/?type=3&theater    1/1

# EXHIBIT D









Claudia Sampedro

Claudia Sampedro